## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VDF FUTURECEUTICALS, INC.,

             Plaintiff,

        v.

AURA SCIENTIFIC LLC,

             Defendant.

Civil Action No.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff VDF FutureCeuticals, Inc. ("VDF" or "Plaintiff"), by its undersigned attorneys, hereby files this Complaint against Defendant Aura Scientific LLC ("Aura" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1.    VDF is a leader in research, development, and manufacture of dietary supplements, food, beverage, and cosmetic products and ingredients. VDF owns multiple patents on technology relating to coffee fruit, including patents relating to low mycotoxin extracts of coffee fruit, and the use of coffee fruit compositions to improve measures of cognitive performance.

2.    VDF sells a unique coffee fruit composition called NeuroFactor that is supported by clinical trial data showing improvement in measures of cognitive

performance. NeuroFactor has been very successful and is included in well-known dietary supplements sold nationwide.

3.     Aura is selling an unauthorized, infringing product called "NeuroRush." Just like NeuroFactor, Aura's imitation product is a dietary supplement ingredient derived from whole coffee fruit which Aura claims improves cognitive performance. In touting the cognitive benefits of NeuroRush, Aura has pointed to VDF's own clinical studies on NeuroFactor and asserted that Aura's product "works" the same way. Aura has also targeted VDF's own customers for its imitation product.

4.     By selling its imitation product in this way, Aura is infringing multiple VDF patents. Aura is also knowingly and willfully infringing VDF's trademark rights, creating a strong likelihood of confusion among consumers, and tarnishing the goodwill associated with VDF and its NeuroFactor ingredient. Even after receiving a cease and desist letter from VDF, Aura has refused to stop its brazen misconduct, leaving VDF with no choice but to file this lawsuit.

5.     VDF brings this action for patent infringement, trademark infringement, false designation of origin, and unfair competition in violation of the patent laws of the United States, 35 U.S.C. §§ 101, *et seq.*, the federal Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and Georgia common law. VDF seeks an injunction, damages, and other related relief.

## THE PARTIES

6.      Plaintiff VDF is an Illinois corporation having its principal place of business at 2692 N. State Route 1-17, Momence, Illinois 60954.

7.      On information and belief, Defendant Aura is a Delaware limited liability company having its principal place of business at 5940 Cabot Pkwy, Alpharetta, Georgia 30005.

## JURISDICTION AND VENUE

8.      VDF's claims arise under the patent laws of the United States, 35 U.S.C. §§ 101, *et seq.*, the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and Georgia statutory and common law of trademark infringement and unfair competition. This Court has subject matter jurisdiction over VDF's claims arising under the patent laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1338(a). This Court has subject matter jurisdiction over the claims arising under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). This Court has supplemental jurisdiction over the claims arising under the laws of Georgia pursuant to 28 U.S.C. § 1367, in that those claims are related to claims under this Court's original jurisdiction and form part of the same case or controversy under Article III of the United States Constitution. Further, this Court has supplemental jurisdiction over VDF's unfair competition claim arising under the laws of Georgia pursuant to 28 U.S.C. § 1338(b).

9.      This Court also has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and because there is complete diversity between VDF and Aura.

10.     Aura is conducting business on a systematic and continuous basis within the United States, including in this state and judicial district. On information and belief, Aura's principal place of business is located in this district at 5940 Cabot Pkwy, Alpharetta, Georgia 30005. Personal jurisdiction over Aura exists in this district because of Aura's presence in this district, because Aura has availed itself of the rights and benefits of the laws of Georgia, because Aura has marketed, sold and/or offered for sale the accused NeuroRush product in Georgia and/or derived substantial revenue from the sales of NeuroRush in Georgia, and because Aura has systematic and continuous business contacts with Georgia, including by maintaining its principal place of business in this state and district. This Court also has personal jurisdiction over Aura because the acts complained of have occurred, and are occurring, in this district, and because, on information and belief, Aura resides in this district.

11.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Aura has committed acts of infringement in this district and has a regular and established place of business in this district. Venue is also proper in this district

pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events or omissions giving rise to this claim occurred and are occurring in this district, and because, on information and belief, Aura resides in this district.

## FACTUAL BACKGROUND

## COFFEE CHERRIES

12.    *Coffea* is a genus of flowering plants in the *rubiaceae* family. Coffee plants produce coffee cherries, also known as coffee fruit. The coffee cherry is best known for the coffee beans contained inside, which are used to produce the beverage commonly known as "coffee."

13.    Coffee beans are surrounded by outer protective layers that together make up the coffee cherry. These outer layers are known as the pulp, mucilage, and hull.

14.    After they are removed from the coffee plant, coffee cherries, and especially the outer protective layers, rapidly spoil and produce hazardous substances known as mycotoxins.

15.    Mycotoxins are poisonous to humans if consumed in sufficient quantities. Indeed, the consumption of too many mycotoxins may lead to severe health complications, or even death.

16.    Traditionally, in part because of the tendency of the coffee cherry to spoil, the pulp, mucilage, and hull of the coffee cherry were discarded as waste byproducts of the coffee harvest.

17.    Though historically treated as waste byproducts, the pulp, mucilage, and hull of the coffee cherry have several beneficial properties, including high concentrations of antioxidants.

18.    These beneficial properties of the coffee cherry cannot be realized without a process that ensures safe levels of mycotoxins. And prior to VDF's patented innovations, no one had successfully processed and utilized the coffee cherry to make food products and extracts for human consumption on a commercial scale.

19.    The inventors of the asserted '959 Patent (defined below) invented and disclosed previously undiscovered ways to produce extracts and food products from coffee cherries having low levels of mycotoxins.

20.    VDF's innovations paved the way for a new product category of food and beverages founded on the natural nutrients contained in coffee cherries. Through these groundbreaking discoveries in the field, VDF created a viable commercial use for what was traditionally considered by the coffee industry to be a waste byproduct of the coffee cherry harvest.

## VDF'S BUSINESS AND PATENTED PRODUCTS

21.    VDF is a family-owned and operated business that grew out of a farming business dating back more than a century. VDF was incorporated in 1999 to focus on biological and technological innovations for the food and functional food industries. VDF has developed a variety of products, including probiotic, fruit and vegetable-based antioxidants, and heart and metabolism-healthy, grain-based materials.

22.    VDF's business model is to invent, develop, and research products featuring standardized, scientifically-validated activities for human health, and to obtain intellectual property protection for its products. VDF partners with other businesses, usually in exclusive dealing arrangements, that include supply of VDF's products as well as licensing of VDF's related intellectual property, including patents and trademarks. VDF partners with manufacturers, marketers, and other business-to-business customers, and supplies ingredients to major food, functional food, and dietary supplement manufacturers worldwide.

23.    In the late 1990s, VDF began focusing on coffee cherries and the potential for creating a new line of healthy products using coffee cherries. VDF spent significant time and resources developing the technology necessary to utilize coffee fruit without mycotoxin contamination and, on April 16, 2003, filed two separate international patent applications focusing on coffee cherry products and methods of

manufacturing. The United States Patent and Trademark Office (the "USPTO") eventually issued multiple patents based on these applications, claiming methods for making low-mycotoxin coffee cherry products, as well as coffee cherry products manufactured by those methods. One of these patents was U.S. Patent No. 7,815,959. Ex. 1.

24. VDF has continued to research and develop technology relating to coffee fruit, including with respect to the use of coffee fruit compositions to improve cognitive performance.

## THE PATENTS-IN-SUIT

25. United States Patent No. 7,815,959 ("the '959 Patent"), entitled "Low-Mycotoxin Coffee Cherry Products," was duly and legally issued on October 19, 2010. VDF is the assignee and owner of all right, title, and interest in and to the '959 Patent, now and since the issuance of the patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it. A true and correct copy of the '959 Patent is attached hereto as Exhibit 1.

26. On July 17, 2013, the USPTO issued an Ex Parte Reexamination Certificate with respect to the '959 Patent ("Certificate"). A true and correct copy of the Certificate is appended to Exhibit 1.

27. Claim 1 of the '959 Patent recites:

1. An extract for use in combination with a food product for human use, wherein the extract is prepared by the steps of:

harvesting a plurality of whole coffee cherries and drying the whole coffee cherries under a protocol that limits microbial growth to an extent such that the dried whole coffee cherries exhibit mycotoxin levels that are below 20 ppb for total aflatoxins, below 5 ppm for total fumonisins, below 5 ppm for total vomitoxins, and below 5 ppb for ochratoxins;

comminuting the whole dried coffee cherries, and combining the comminuted dried coffee cherries with a solvent to form an extraction mixture; and

filtering the extraction mixture to produce an extract, and optionally removing the solvent from the extract.

Ex. 1 at Claim 1.

28.    United States Patent No. 12,036,261 ("the '261 Patent"), entitled "Compositions and Methods of BDNF Activation," was duly and legally issued on July 16, 2024. VDF is the assignee and owner of all right, title, and interest in and to the '261 Patent, now and since the issuance of the patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it. A true and correct copy of the '261 Patent is attached hereto as Exhibit 2.

29.    Claim 14 of the '261 Patent recites:

14. A method of improving at least one of learning, memory, and alertness in a mammal, comprising:

administering to the mammal a composition that comprises a preparation of a coffee fruit,

wherein the preparation of the coffee fruit is an extract from whole coffee fruit, wherein the whole coffee fruit includes pulp, and husk, hull, and/or mucilage, and wherein the preparation has a caffeine content of less than 2%; and

wherein the dosage is between 5 mg and 500 mg, and wherein the preparation has a total procyanidin concentration of at least 5 μg/g; and

wherein the composition is administered at a dosage to acutely increase at least one of the learning, the memory, and the alertness.

Ex. 2 at Claim 14.

30.    United States Patent No. 11,471,500 ("the '500 Patent"), entitled "Compositions and Methods of BDNF Activation," was duly and legally issued on October 18, 2022. VDF is the assignee and owner of all right, title, and interest in and to the '500 Patent, now and since the issuance of the patent, including the right to assert all causes of action arising under the patent and the right to any remedies for infringement of it. A true and correct copy of the '500 Patent is attached hereto as Exhibit 3.

31.    Claim 1 of the '500 Patent recites:

1. A method of increasing exosomal brain derived neurotrophic factor in blood of a mammal, comprising:

administering to the mammal a composition that comprises an extract from whole coffee fruit, wherein the whole coffee fruit includes pulp, husk, hull, or mucilage, and wherein the extract contains at least 5 μg/g total procyanidins;

wherein the composition is formulated and administered at a dosage effective to increase the exosomal brain derived neurotrophic factor level in the blood.

Ex. 3 at Claim 1.

32.     The '959 Patent, '261 Patent, and '500 Patent are collectively referred to herein as the "Patents-In-Suit."

33.     VDF has complied with the marking requirement under 35 U.S.C. § 287, to the extent it is applicable to the Patents-In-Suit.

## VDF'S NEUROFACTOR TRADEMARK

34.     VDF sells its own coffee fruit extract product under the brand name NeuroFactor. NeuroFactor is sold as an ingredient for dietary supplements, allowing such supplements to make claims of improvement in certain measures of cognitive performance.

35.     VDF's genuine NeuroFactor ingredient is supported by clinical science showing improvements in measures of cognitive performance. Specifically, NeuroFactor has been clinically shown to significantly increase levels of brain-derived neurotrophic factor ("BDNF"), as well as improve measures of learning, memory, and alertness.

36.     VDF has used the NEUROFACTOR trademark since at least 2014 in connection with its dietary supplement ingredient.

37.     VDF is the owner of all rights in and to the NEUROFACTOR trademark in the United States in connection with dietary supplement ingredients

11

and owns U.S. Registration No. 5919440 ("the '440 Registration") for NEUROFACTOR in Class 005 for "Dietary supplements and coffee fruit extract sold as an ingredient of dietary supplements."

38.    The '440 Registration has a registration date of November 26, 2019, and is valid and subsisting.  A true and correct copy of this federal registration, along with a printout showing title and status at the USPTO, are attached together as Exhibit 4.

39.    VDF's NEUROFACTOR mark is distinctive.

40.    The NEUROFACTOR mark is uniquely associated with VDF and its dietary supplement ingredient.

41.    VDF has expended considerable amounts of time, effort, and expense to promote the NEUROFACTOR trademark and the ingredient bearing that mark.

42.    By virtue of these efforts, and the quality of VDF's NEUROFACTOR product, VDF owns valuable goodwill and recognition associated with this mark.

## **AURA'S INFRINGING PRODUCT AND ACTS**

43.    Aura makes, uses, sells, and offers to sell within the United States a number of "nutraceutical" ingredients, including a product Aura calls NeuroRush (the "Accused Product"). Ex. 5 (screen capture of Aura's website, available at https://www.aurascientific.com/).

44.     Aura sells or offers to sell the Accused Product throughout the United States.

45.     Like NeuroFactor, the Accused Product is an extract derived from the whole coffee fruit. Aura sells this coffee fruit extract as a dietary supplement ingredient intended for human consumption.

46.     VDF has obtained a sample of the Accused Product from Aura. Aura shipped the Accused Product sample from its location at 5940 Cabot Pkwy, Alpharetta, GA 30005.

47.     Aura's sample container was labeled as "NeuroRush Coffee (Coffea Arabica) Extract" and noted a "Minimum Recommended Dosage: 100mg/1 capsule." Ex. 6.

48.     VDF tested the Accused Product and confirmed that it contains less than 1% caffeine.

49.     VDF tested the Accused Product and confirmed that it has a procyanidin concentration of 267.8 µg/g.

50.     Aura promotes the Accused Product as providing "cognitive benefits" and "cognitive perks," supporting "memory, focus, and steady energy," and "reducing cognitive fatigue":



### NeuroRush: Unlocking Coffee's Cognitive Benefits For Focus and Workouts

Published on November 13, 2024 by PricePlow Staff | No Comments

Modern life is a workout, and as we navigate it, we're subjected to high levels of stress. Unfortunately, the unprecedented demands on our *minds* come at a time when the brain is *more important than ever* for determining professional success and life outcomes.

So what do we do to support this vital organ of knowledge and productivity? For most of us, the answer can be summed up in a single word: *coffee.*

### Coffee is Popular For a Reason

A large majority of American adults drink coffee to keep up with life's demands, a practice that makes a lot of sense: coffee is loaded with beneficial nutrients and phytochemicals like *polyphenol antioxidants*, *chlorogenic acid*, *quercetin*, and other bioactive constituents that

Aura Scientific's NeuroRush brings the cognitive perks of coffee without the taste! High in polyphenols like chlorogenic acid, it supports memory, focus, and steady energy by enhancing glucose metabolism and reducing cognitive fatigue. Perfect for long-lasting mental clarity.

Ex. 7.

51.    Other Aura promotional materials promote the Accused Product as providing "enhanced cognitive function":



NeuroRush™, a natural Coffea Arabica Extract, offers a diverse array of advantages. †
Backed by scientific research, NeuroRush™ supports enhanced cognitive function,
Mood and Vitality as well as aid in supporting Cognitive Health.[1,2,8]

MIN. DOSAGE 100MG

Ex. 8.

14

52.     Promotional materials for the Accused Product state that "**NeuroRush** is a *coffee fruit extract*, standardized for all the *beneficial* bioactive constituents in coffee, keeping the stimulants at bay. In other words, NeuroRush is formulated to deliver the cognitive benefits of coffee *without* the downsides of caffeine dependency, jitteriness, or sleep disruption." Ex. 7 (emphasis in original).

53.     Promotional materials for the Accused Product also claim that "This innovative coffee fruit extract harnesses the power of the entire coffee cherry, not just the bean." Ex. 9 at 8.

54.     An "entire coffee cherry" consists of the pulp, mucilage, and hull:



*See* Ex. 10, U.S. Patent No. 7,807,205, at Fig. 1.

55.     Thus, the Accused Product is made using a plurality of whole coffee cherries or portions thereof.

56.     According to Aura's website, "NeuroRush, a natural Coffea Arabic Extract, offers a diverse array of advantages. Backed by scientific research,

NeuroRush supports enhanced cognitive function, Mood and Vitality as well as aid in Neuroprotection." Ex. 5.  Elsewhere, Aura has claimed that NEURORUSH has benefits for "maintaining cognitive functions like memory and attention." Ex. 7.

57.     Aura has also claimed that the Accused Product "work[s] synergistically to enhance cognitive functions, improve mood, and increase vitality." Ex. 7.

58.     Aura has pointed to clinical research performed *on VDF's NeuroFactor* and asserted that the Accused Product "works" the same way. Ex. 7. Specifically, Aura has pointed to two clinical studies of NeuroFactor in support of its claim that "numerous studies on coffee extract can offer insight into how NeuroRush works." *Id.*

59.     The first study, "Neurophysiological Effects of Whole Coffee Cherry Extract in Older Adults with Subjective Cognitive Impairment: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Pilot Study" (2021) by Jennifer L. Robinson *et al.*, is attached as Exhibit 11, and is available at https://pmc.ncbi.nlm.nih.gov/articles/PMC7909261/. The test ingredient "used in this study was 100 mg of WCCE, commercially marketed as NeuroFactor, manufactured by VDF FutureCeuticals, Inc." Ex. 11, Section 2.3.1. This study states: "we found that exosomal levels of BDNF were increased by roughly 41% in exosomes obtained from the serum of study participants after single-dose WCCE

ingestion, whereas the placebo resulted in no significant change." Ex. 11, Section 4. Aura has claimed that this study "looked at the effects of a single 100 mg dose of whole coffee cherry extract (WCCE) on neurophysiological and cognitive functions in older adults." Ex. 7.

60.     The second study, "Cognitive short- and long-term effects of coffee cherry extract in older adults with mild cognitive decline" (2019) by Jennifer L. Robinson *et al.*, is attached as Exhibit 12, and is available at https://www.tandfonline.com/doi/full/10.1080/13825585.2019.1702622. This study states that coffee fruit extract "has been clinically associated with increased serum concentrations of both circulating and exosomal BDNF."  Ex. 12 at 3. The test ingredient used here, too, was VDF's NEUROFACTOR extract. In citing to this study, Aura has stated that "[a]lthough this research team used a different acronym for their test substance, it was essentially the same as the WCCE discussed in the previous study: a chlorogenic-acid-rich extract derived from *Coffea arabica*." Ex. 7.

61.     Thus, Aura has asserted that NeuroRush "works" by citing to evidence that the product increases exosomal BDNF.

62.     Aura directs its customers to include NeuroRush in supplement products in doses ranging from 100 to 200 mg. Aura claims that this dosage of the Accused Product is effective to achieve improvements in cognitive function.



Quick Review: It smells great, and 100 milligrams charges things up... but *200* milligrams is actually *intense!*

*See* Ex. 7. For instance, promotional materials for the Accused Product claim that "[t]here's a mood and vigilance component where doses of as little as 150 milligrams can go a long way." Ex. 7.

63.     The Accused Product is a powder.

64.     The Accused Product is intended for combination with food products. Aura specifically instructs that it can be combined for use in at least the below applications:



Ex. 8.

65.    As directed by Aura, Aura's customers purchase the Accused Product to include in the applications listed above, including pre-workout supplements. *See* table of supplements including NeuroRush below.

66.    Based on Aura's directions and claims, Aura's customers, in turn, direct and encourage end users to take supplements containing the Accused Product for cognitive benefits.

67.    For example, the following supplements contain the Accused Product and make cognitive benefit claims:

| Supplement | Supplement Facts Panel | Claims |
|---|---|---|
|  | **SUPPLEMENT FACTS**<br>Serving Size: 15g (1 Scoop)<br>Servings Per Container: 21<br><br>%DV*<br>Chromium (as Chromium Nicotinate Glycinate Chelate) 500mcg 1667%<br>Vitamin B12 (as Methylcobalamin) 500mcg 20833%<br>Sodium (as Sea Salt) 120mg 7%<br>Chloride (as Sea Salt) 180mg 4%<br>Rage and Energy Complex†<br>Delayed Release Caffeine Matrix 400mg **<br>(Caffeine Anhydrous, Dicaffeine Malate, Micro-Encapsulated Caffeine (Yeidling 375mg Caffeine))<br>Theobromine HCl 200mg **<br>NeuroRush™ (Coffea Arabica Extract) 100mg **<br>Yohimbine HCl 3mg **<br>Alpha Yohimbine 2mg **<br>Inhuman Muscular Volumization & Strength†<br>L-Citrulline 5000mg **<br>Beta Alanine 3500mg **<br>Advanced Themogenesis & Pyrotechnics<br>CapsiBurn™ (Cayenne Pepper [Capsicum annuum] 100mg **<br>Fruit Extract, Tabasco Pepper [Capsicum frutescens]<br>Fruit Extract, Conjugated Linoleic Acid) | "Unparalleled mind-muscle coordination" "Paired with advanced cognitive enhancers, you'll enjoy consistent mental clarity and motivation from start to finish."<br><br>Exhibit 22. |
|  |  | "Sharp Focus" "2g of Taurine, and 100mg of NeuroRush Coffee Fruit Extract provide unique, feel-good benefits that enhance your overall workout experience and keep you in the zone – without overstimulating you."<br><br>Exhibit 23.<br><br>From a sponsored PricePlow article: "AN Performance PRE provides not just the acute benefits of caffeine, but also the neuroprotective effects of coffee's other |

| | | bioactive compounds. This thoughtful formulation strategy showcases AN's commitment to creating premium supplements that maximize both immediate performance and long-term cognitive support." |
| | | |
| | | Exhibit 24. |
|  |  | "1g of NeuroRush for cognitive clarity." |
| | | Exhibit 25. |



| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: One (1) Scoop (20.53g) | | |
| Servings Per Container: 20 | | |
| | Amount Per Serving | %DV* |
| Vitamin B3 (as Niacin) | 20 mg NE | 125% |
| Vitamin B12 (as Methylcobalamin) | 250 mcg | 10.417% |
| Sodium (from Himalayan Pink Salt) | 100 mg | 4% |
| L-Citrulline | 8 g | ** |
| Beta Alanine | 3.2 g | ** |
| HydroPrime™ Glycerol 65% | 3 g | ** |
| Betaine Anhydrous | 3 g | ** |
| Nitrosigine® (Inositol-Stabilized Arginine Silicate) | 1.5 g | ** |
| PeakO2® (Cordyceps militaris (Cordiceps), Ganoderma lucidum (Reishi), Pleurotus eryngii (King Trumpet), Lentinula edodes (Shiitake), Hericium erinaceus (Lion's Mane) and trametes versicolor (Turkey Tail) | 1 g | ** |
| Beet Root Powder (Beta vulgaris) | 500 mg | ** |
| EndoFlo™ (Mangifera indica [Fruit] Extract, Kaempferia parviflora [Root] Extract, Ginkgo Biloba [Leaf], Pinus massoniana [Bark] Extract | 200mg | ** |
| L-Norvaline | 100 mg | ** |
| GeniusPure™ (Alpha GPC 90%) | 150 mg | ** |
| ElevATP® (Ancient peat and apple [fruit] extract as Malus domesticus) | 150 mg | ** |
| NeuroRush™ (Coffee arabica Extract)(Fruit) | 100 mg | ** |
| S7® (Green Coffee (Coffea arabica) Bean Extract, Green Tea (Camellia sinensis)(leaf)Extract, Turmeric (Curcuma longa L.)(rhizome) Extract, Tart Cherry (Prunus Cerasus)(cherry), Blueberry (Vaccinium corymbosum)(berry), Broccoli (Brassica oleracea italica)(whole), Kale (Brassica oleracea acephala) (leaf) | 50 mg | ** |
| Huperzine Extract (std. 1% Huperzine A) | 10 mg | ** |
| *Percent Daily Values (DV%) are based on a 2000 calorie diet. | | |
| **Daily Value not established. | | |
| Other Ingredients: Malic Acid, Silicon Dioxide, Natural & Artificial Flavors, Sucralose, Stevia. | | |

"Neural Boosters" "Laser Focus" "Muscle-Mind Synergy… made possible with NeuroRush."

Exhibit 26.



| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: One (1) Scoop (20.57g) | | |
| Servings Per Container: 20 | | |
| | Amount Per Serving | %DV* |
| Vitamin B3 (as Niacin) | 20 mg NE | 125% |
| Vitamin B12 (as Methylcobalamin) | 250 mcg | 10.417% |
| Sodium (from Himalayan Pink Salt) | 250 mg | ** |
| L-Citrulline | 6 g | ** |
| Beta Alanine | 3.2 g | ** |
| Betaine Anhydrous | 1.5 g | ** |
| PeakO2® ( Cordyceps militaris (Cordiceps), Ganoderma lucidum (Reishi), Pleurotus eryngii (King Trumpet), Lentinula edodes (Shiitake), Hericium erinaceus (Lion's Mane) and trametes versicolor (Turkey Tail) | 1 g | ** |
| Taurine | 1 g | ** |
| L-Tyrosine | 1 g | ** |
| L-Carnitine L-Tartrate | 1 g | ** |
| AgMass® (Agmatine Sulfate) | 500 mg | ** |
| N-Acetyl L-Tyrosine | 350 mg | ** |
| PurCaf® (Organic Caffeine from Green Coffee Bean) | 302 mg | ** |
| Genius Pure™ (Alpha GPC 90%) | 300 mg | ** |
| EndoFlo™ (Mangifera indica [Fruit] Extract, Kaempferia parviflora [Root] Extract, Ginkgo Biloba[Leaf], Pinus massoniana [Bark] Extract) | 200mg | ** |
| ElevATP® (Ancient peat and apple [fruit] extract as Malus domesticus) | 150 mg | ** |
| NeuroRush® (Coffee Arabica Extract)(whole fruit) | 150 mg | ** |
| Dynamine® 40% (as Methylliberine) | 125 mg | ** |
| Teacrine® 40% (as Theacrine) | 63 mg | ** |
| Huperzine Extract (std. 1% Huperzine A) | 10 mg | ** |
| *Percent Daily Values (DV%) are based on a 2000 calorie diet. | | |
| **Daily Value not established. | | |
| Other Ingredients: Malic Acid, Silicon Dioxide, Natural & Artificial Flavors, Sucralose, Stevia. | | |

"Locked-In Focus" "Feel the power of the mind-muscle connection as you boost quick-thinking cognitive function and mental agility in any situation with Genius Pure™ and NeuroRush."

Exhibit 27.





| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: 1 Scoop (23.23g) | | |
| Servings Per Container: 20 | | |
| | Amount Per Serving | %DV* |
| Vitamin B3 (as Niacin) | 20 mg NE | 1.618% |
| Vitamin B12 (as Methylcobalamin) | 250 mcg | 22.917% |
| Magnesium (from Magnesium Citrate) | 5.39 mg | 1% |
| Sodium (from Himalayan Sea Salt) | 120 mg | 5% |
| Potassium (from Potassium Citrate) | 27 mg | 1% |
| L-Citrulline | 8 g | ** |
| Beta Alanine | 3.2 g | ** |
| Betaine Anhydrous | 2 g | ** |
| L-Tyrosine | 2 g | ** |
| Taurine | 1 g | ** |
| AgMass® (Agmatine Sulfate) | 500 mg | ** |
| PurCaf® (Organic Caffeine from Green Coffee Bean) | 316 mg | ** |
| Alpha GPC 50% (L-Alpha Glycerlphosphorylcholine) | 150 mg | ** |
| EndoFlo™ (Mango [Magnifera indica] Fruit Extract, Black Ginger [Kaempferia paraviflora] Root Extract, Gingko [Ginglko Biloba] Leaf Extract, Pine [Pinus massosiana] Bark Extract | 150 mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 150 mg | ** |
| Huperzine Extract (std. 1% Huperzine A) | 5 mg | ** |
| Black Pepper Extract | 2.5 mg | ** |
| *Percent Daily Values (DV%) are based on a 2000 calorie diet. | | |
| **Daily Value not established. | | |

"Laser Focus & Drive" "The coffee fruit extract in *NeuroRush*, containing chlorogenic and 5-caffeoylquinic acids, reduces mental fatigue while its antioxidants enhance cognitive performance."

Exhibit 28.



| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: 4 Capsules | | |
| Servings Per Container: 30 | | |
| | Amount Per Serving | %DV* |
| Acetyl-L-Carnitine | 500 mg | ** |
| Naringin (from citrus fruit) (standardized to 98% Naringin) | 500 mg | ** |
| Green Tea Extract (camellia sinesis) (std. to 50% ECGC) | 300 mg | ** |
| Garcinia Cambogia (std. to 50% Hydroxycitric Acid) | 250 mg | ** |
| Caffeine Anhydrous | 225 mg | ** |
| CapsiBurn™ (Cayenne Pepper [Capsicum annuum] Fruit Extract, Tabasco Pepper [Capsicum Frutescens] Fruit Extract, Conjugated Linoleic Acid) | 100 mg | ** |
| Cinnamon Bark Extract [Cinnamomum zeylanicum] (Bark) | 100 mg | ** |
| Guarana Extract (Paullinia cupana)(Seed)(22% Caffeine) | 100 mg | ** |
| Theobromine Cacao | 100 mg | ** |
| Advantra Z® [Citrus Aurantium] (Extract 50%) | 100 mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 100 mg | ** |
| CaloriBurn® (Grains of Paradise Extract) (Aframomum melegueta) (seed) (std. 12.5% 6-Paradol) | 50 mg | ** |
| Theacrine (as TeaCrine®) | 50 mg | ** |
| FitGBB (Gamma-butyrobetaine hydrochloride) | 20 mg | ** |
| Fucoxanthin (from Seaweed) [Laminaria japonica] (Leaf Extract) | 2.5 mg | ** |
| *Percent Daily Values (DV%) are based on a 2000 calorie diet. | | |
| **Daily Value not established. | | |



"Focus & Drive" "Boost mental focus and mood by 143%"

Exhibit 29.

23



## Supplement Facts

**Serving Size:** 3 capsules
**Servings per Container:** 28

| | Amount per Serving | %DV* |
|---|---|---|
| Vitamin B1 (as Thiamin HCl) | 1.2mg | 100% |
| Vitamin B3 (as Niacin) | 20mg NE | 125% |
| Vitamin B6 (as Pyridoxal 5' Phosphate) | 10mg | 588% |
| Folate (from Quaterfolic® (6S)-Methyltetrahydrofolic acid glucosamine salt) | 400mcg DFE | 100% |
| Vitamin B12 (as Methylcobalamin) | 250mcg | 10416% |
| Lion's Mane (*Hericium erinaceus*) fruiting body extract (50% Polysaccharides) | 500mg | ** |
| NutriCog® [Frankincense oleo-gum resin (*Boswellia serrata*) and Chebulic Myrobalan (*Terminalia chebula*) (fruit)] | 300mg | ** |
| Uridine 5-Monophosphate | 250mg | ** |
| Cognizin® (CDP-Choline) | 250mg | ** |
| BF-7® (Brain Factor-7) [Silk Fibroin Peptide (*Bombyx mori*)] | 200mg | ** |
| VeriSperse® Resveratrol (90% trans-Resveratrol) | 100mg | ** |
| NeuroRush™ (Coffea Arabica Extract) | 100mg | ** |
| CELLg8® Quercetin (Liposomal Quercetin 70%) | 100mg | ** |
| Huperzine serrata (std to 1% Huperzine A) | 20mg | ** |
| Saffron Extract (*Crocus Sativus*) (stigma) (2% Safranal UV) | 10mg | ** |
| Pyrroloquinoline Quinone (PQQ) | 10mg | ** |
| Lutein (from Lutemax®2020 marigold flower ext. (*Tagetes eracta*) | 10mg | ** |
| Zeaxanthin Isomers (from Lutemax®2020 marigold flower ext. (*Tagetes eracta*) | 2mg | ** |

**%Daily Value (DV) not established.

"Supports Overall Brain Health" "Enhances Focus & Memory" "Improves Cognitive Longevity" NeuroRush "supports improved cognitive performance, including attention, focus, and mental clarity, while promoting overall brain health."

Exhibit 30.



## Supplement Facts

**Serving Size:** 4 capsules
**Servings per Container:** 20

| | Amount per Serving | %DV |
|---|---|---|
| Magnesium (from Magnesium BisGlycinate Chelate (Albion®)) | 45mg | 11% |
| Potassium (from Potassium Chelate (Albion®)) | 38mg | 1% |
| Calcium (from Calcium BisGlycinate Chelate (Albion®)) | 13mg | 1% |
| Vitamin B3 (as Niacin) | 10mg NE | 63% |
| Vitamin B6 (as Pyridoxal 5' Phosphate) | 5mg | 294% |
| Folate (as Quaterfolic®, (6S)-Methyltetrahydrofolic acid glucosamine salt) | 400mcg DFE | 100% |
| Vitamin B12 (as Methylcobalamin) | 250mcg | 10416% |
| PeakATP® (Adenosine 5'-Triphosphate Disodium) | 800mg | ** |
| Zynamite®PX ((*Mangifera indica*) Extract and (*Sophora japonica*) Extract) (standardized to 50% quercetin) | 420mg | ** |
| RhodiePrime® Rhodiola Crenulata (*Rhodiola crenulata*) Root Extract (Rhodiola 6% Salidroside) | 250mg | ** |
| Cocoa (*Theobroma cacao*) Extract (Standardized to 98% Theobromine) | 200mg | ** |
| NeuroRush™ Whole Coffee (*Coffea Arabica*) Fruit Extract | 200mg | ** |
| Asian Ginseng (*Panax Ginseng*) Extract (80% Ginsenosides UV) | 200mg | ** |
| Dynamine® Pure (as Methylliberine) | 100mg | ** |
| Advantra Z™ Bitter Orange (*Citrus Aurantium*) Fruit Extract (Standardized to 30% Synephrine) | 100mg | ** |
| TeaCrine® Pure (as Theacrine) | 50mg | ** |
| Toothed clubmoss (*Higperzia serrata*) Whole Herb Extract Huperzine A | 20mg 200mcg | ** |
| Saffron Extract (*Crocus Sativus*) (stigma) (2% Safranal UV) | 10mg | ** |

**%Daily Value (DV) not established.

"Boosts Focus, Mood, and Motivation" "Stay laser-focused and driven with this powerful blend. It promotes mental clarity, uplifts your mood, and inspires motivation to tackle challenges head-on."

Exhibit 31.



## Supplement Facts

Serving Size: 1 scoop (9.9g)
Servings per Container: 20

| | Amount per Serving | %DV |
|---|---|---|
| Vitamin B1 (as Thiamine HCl) | 12mg | 100% |
| Vitamin B3 (as Niacin) | 20mg NE | 25% |
| Vitamin B6 (as Pyridoxal 5' Phosphate) | 20mg | 176% |
| Folate (as Quatrefolic®, (6S)-Methyltetrahydrofolic acid glucosamine salt) | 400mcg DFE | 100% |
| Vitamin B12 (as Methylcobalamin) | 250mcg | 10416% |
| L-Tyrosine | 3,000mg | ** |
| Acetyl L-Carnitine (as Acetyl L-Carnitine Hydrochloride) | 1,000mg | ** |
| Cognizin® (CDP-Choline) | 500mg | ** |
| GeniusPure® Alpha GPC 90% (L-Alpha Glycerylphosphorylcholine) | 500mg | ** |
| Bacopa (Bacopa monnieri) Whole Herb Extract (50% Bacosides) | 300mg | ** |
| Uridine 5'-Monophosphate | 300mg | ** |
| enXtra™ Alpinia galanga Root Powder Extract | 300mg | ** |
| enfinity® Paraxanthine | 300mg | ** |
| RhodioPrime® Rhodiola Crenulata (Rhodiola crenulata) Root Extract (Rhodiola 6% Salidroside) | 250mg | ** |
| Sabroxy® Oroxylum (Oroxylum indicum) Bark Extract | 250mg | ** |
| NeuroRush™ Whole Coffee (Coffea Arabica) Fruit Extract | 100mg | ** |
| Toothed clubmoss (Hupericia serrata) Whole Herb Extract | 40mg | ** |
| Huperzine A | 400mcg | ** |
| Saffron Extract (Crocus Sativus) (stigma) (2% Safranal UV) | 30mg | ** |

**%Daily Value (DV) not established.

"Focus & Alertness" "It supports cognitive function and promotes sustained energy levels without the crash."

Exhibit 32.





## SUPPLEMENT FACTS

Serving Size: 1 Scoop (16.3g)
Servings Per Container: 25

| | Amount Per Serving | %DV* |
|---|---|---|
| Vitamin C (as Ascorbic Acid) | 100mg | 166% |
| Vitamin B6 (as Pyridoxine HCl) | 5mg | 250% |
| Vitamin B12 (as Methylcobalamin) | 50mcg | 833% |
| Chloride (as Pink Himalayan Salt) | 180mg | 5% |
| Calcium (as Calcium Citrate) | 20mg | 2% |
| Magnesium (as Magnesium Glycinate) | 5mg | 1% |
| Potassium (as Potassium Chloride) | 35mg | 1% |
| Sodium (as Pink Himalayan Salt) | 100mg | 4% |
| **PWR PERFORMANCE MAX†** | | |
| Beta Alanine | 3200mg | ** |
| Caffeine Anhydrous | 300mg | ** |
| ElevATP® (Ancient Apple Peat Extract) | 150mg | ** |
| Theobromine HCl | 150mg | ** |
| Infinergy® (Dicaffeine Malate [yielding 75% caffeine]) | 110mg | ** |
| **PWR FOCUS MAX†** | | |
| Taurine | 1000mg | ** |
| L-Tyrosine | 1000mg | ** |
| NeuroRush® (Coffee [coffea arabica] Fruit Extract) | 150mg | ** |
| TeaCrine® (as Theacrine 40% tasteless) | 62.5mg | ** |
| Huperzine A (standardized to 1% Huperzine) | 10mg | ** |
| **PWR PUMP MAX†** | | |
| L-Citrulline | 4000mg | ** |
| Betaine Anhydrous | 2000mg | ** |
| Green Tea Leaf Extract (50% EGCG) | 325mg | ** |
| Bioperine® (Black Pepper Extract [Standardized to 95% piperine]) | 10mg | ** |

** Daily Value not established

"Laser-Sharp Focus" "NeuroRush, a potent cognitive enhancer, sharpens your mind like a laser beam."

Exhibit 33.



## SUPPLEMENT FACTS

Serving Size: 1 Scoop (27.3g)
Servings Per Container: 20

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Niacin | 40 mg | 250% |
| Folate (as Folic Acid 1000mcg) | DFE 1700 mcg | 250% |
| Vitamin B12 (as Methylcobalamin) | 200 mcg | 8333% |
| Magnesium (as Magnesium Bisglycinate) | 36 mg | 9% |
| Sodium (from Himalayan Rock Salt) | 120 mg | 5% |
| Potassium (as Potassium Citrate) | 76 mg | 2% |
| L-Citrulline | 10 g | † |
| Betaine Anhydrous | 4 g | † |
| Beta Alanine | 3.2 g | † |
| L-Carnitine L-Tartrate | 2 g | † |
| Tyrosine | 1.5 g | † |
| Acetyl L-Carnitine | 1 g | † |
| N-Acetyl Tyrosine | 500 mg | † |
| Alpha-GPC (50% L-Alpha-Glycerylphosphorylcholine) | 300 mg | † |
| N-Acetyl Cysteine | 300 mg | † |
| EndoFlo™ (Mango [Mangifera indica] Fruit Extract, Black Ginger [Kaempferia parviflora] Root Extract, Ginkgo [Ginkgo biloba] Leaf Extract, Pine [Pinus massoniana] Bark Extract) | 250 mg | † |
| Caffeine Anhydrous | 200 mg | † |
| NeuroRush™ (Coffee Fruit Extract)(2% Caffeine) | 150 mg | † |
| Green Coffee Bean Extract (98% Caffeine) | 100 mg | † |
| Theacrine (from 125 mg TeaCrine® 40%) | 50 mg | † |
| Huperzia Flower Extract (1% Huperzine) | 20 mg | † |
| Naringin (from Grapefruit [Citrus Paradisi] Extract) | 10 mg | † |

* Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value not established

Magnum Limitless X16 Ingredients

"Laser Focus"

Exhibit 34.

From a sponsored PricePlow article: "But besides just feeling good, coffee fruit extracts like NeuroRush have been shown to confer significant cognitive benefits."

Exhibit 35.



## Supplement Facts

Serving Size: Three (3) Capsules
Servings Per Container: 30

| | Amount Per Serving | %DV |
|---|---|---|
| Niacin (as Niacinamide) | 25 mg | 157% |
| Biotin | 5000 mcg | 16,667% |
| Chromium (as Chromium Picolinate) | 300 mcg | 857% |
| Multi Collagen Matrix I, II, III, V and X | 1000 mg | ** |
| Hydrolyzed Bovine Collagen Peptides, Bovine Bone Broth Collagen, Hydrolyzed Fish Collagen, Chicken Bone Broth Collagen, Eggshell Membrane Collagen | | |
| NeuroRush™ (Coffee [Coffea Arabica] Fruit Extract) | 100 mg | ** |
| Green Tea (Camellia sinensis) Leaf Extract (50% Polyphenois) | 50 mg | ** |
| Fennel (Foeniculum vulgare) Seed Extract | 40 mg | ** |
| CapsiBurn™ (Cayenne Pepper [Capsicum annuum] Fruit Extract, Tabasco Pepper [Capsicum frutescens] Fruit Extract, Conjugated Linoleic Acid) | 25 mg | ** |
| Astaxanthin (from Micro-alge [Haematococcus pluvialis]) | 500 mcg | ** |

** Daily Value (DV) not established

"Mental Clarity & Focus"

Exhibit 36.



## Supplement Facts

Serving Size: 1 Scoop (8.2 g)    Servings per Container: 20

| | Amount Per Serving | %DV* |
|---|---|---|
| Vitamin C (as Ascorbic Acid) | 100 mg | 111% |
| Vitamin B7 (as Biotin) | 1000 mcg | 3,333% |
| Choline (as Choline Bitartrate) | 40 mg | 7% |
| L-Citrulline Malate (2:1) | 3 g | ** |
| Beta Alanine | 1.6 g | ** |
| **Multi Collagen Matrix I, II, III, V, and X** | 1 g | ** |
|   Hydrolyzed Bovine Collagen Peptides, Bovine BoneBroth Collagen, Hydrolyzed Fish Collagen, Chicken Bone Broth Collagen, Eggshell Membrane Collagen | | |
| L-Tyrosine | 500 mg | ** |
| Beet Root Extract (*Beta vulgaris*) | 250 mg | ** |
| Natural Caffeine (from Green Tea) (*Carnellia sinesis*) (leaf) | 175 mg | ** |
| NeuroRush™ (Coffee[*Coffea arabica*] Fruit Extract) | 100 mg | ** |

*Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value (DV) not established

"With NeuroRush for focus"

Exhibit 37.

From a sponsored PricePlow article: "Coffee fruit extracts are often praised for cognitive and mood benefits due to chlorogenic acid's antioxidant and anti-inflammatory properties, which can improve cognitive function and promote longevity. NeuroRush's effects are felt at even low doses, and studies have noted its 'mental energizing' qualities, enhancing vitality without overstimulation, making it ideal for low-stim pre-workouts."

Exhibit 38.



| Supplement Facts | | | | |
|---|---|---|---|---|
| Serving Size: 1 Scoop (9.75g) / 2 Scoops (19.50g) | | | | |
| Servings Per Container: 40/20 | | | | |
| | 1 Scoop | %DV | 2 Scoops | %DV |
| Sodium (from Sea Salt) | 50mg | 2% | 100mg | 4% |
| L-Citrulline | 4g | ** | 8g | ** |
| HydroPrime™ (Glycerol 65%) | 1500mg | ** | 3000g | ** |
| Nitrosigine™ (Inositol-stabilized Arginine Silicate) | 750mg | ** | 1500mg | ** |
| Taurine | 500mg | ** | 1000mg | ** |
| L-Tyrosine | 500mg | ** | 1000mg | ** |
| CitraPeak™ (Glucosyl-Hesperidin (from modified Citrus aurantium and Citrus sinensis Fruit Extracts) | 100mg | ** | 200mg | ** |
| EndoFlo™ (Mango [Magnifera indica] Fruit Extract, Black Ginger [Kaempferia parviflora] Root Extract, Gingko [Gingko Biloba] Leaf Extract, Pine [Pinus massoniana] Bark Extract.) | 100mg | ** | 200mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 50mg | ** | 100mg | ** |
| AstraGin™ (Astragalus membranaceous (root) and panax notoginseng (root) extract) | 25mg | ** | 50mg | ** |
| ** Daily Value (DV) not established. | | | | |

"Locked-In Focus & Cognitive Performance" "NeuroRush™ for Lasered Focus"

Exhibit 39.



| Supplement Facts | | |
|---|---|---|
| Serving Size: 1 scoop (21.95g) | | |
| Servings Per Container: 30 | | |
| | Amount Per Serving | %DV |
| Sodium (from Sodium Bicarbonate) | 40mg | 2% |
| L-Citrulline | 7g | ** |
| Beta Alanine | 3.2g | ** |
| Betaine Anhydrous | 2.5g | ** |
| L-Tyrosine | 2g | ** |
| AgMass™ (Agmatine Sulfate) | 1g | ** |
| Taurine | 1g | ** |
| Alpha GPC 50% | 600mg | ** |
| Caffeine Anhydrous | 175mg | ** |
| ElevATP® (ElevATP) (as ancient Peat extract and Apple Extract) | 150mg | ** |
| L-Theanine | 150mg | ** |
| Theobromine | 100mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 100mg | ** |
| Infinergy™ (Di-Caffeine Malate) | 70mg | ** |
| Senactiv™ (Proprietary NEF-03: Isolated from Panax notoginseng (root) and Rosa roxburghii (fruiting body) | 50mg | ** |
| Astragin™ (Astragalus membranaceous (root) and panax notoginseng (root) extract) | 50mg | ** |
| ** Daily Value (DV) not established. | | |

"Sharpshooter Focus & Cognitive Boost: Packed with AlphaGPC, NeuroRush, and L-Tyrosine to keep your mind locked in and your reaction time sharp."

Exhibit 40.



| Supplement Facts | | |
| --- | --- | --- |
| Serving Size: 3 Capsules | | |
| Servings Per Container: 30 | | |
| **Amount Per Serving** | | % Daily Value |
| Niacin | 25 mg | 125% |
| Vitamin B6 (as Pyridoxal-5-Phosphate) | 20 mg | 1000% |
| Vitamin B12 (as Methylcobalamin) | 130 mcg | 2166% |
| NeuraChol™ (DMAE Bitartrate, Alpha GPC, Citicoline) | 500 mg | * |
| Lion's Mane (Hericium erinaceus) Mushroom [Fruiting Body] Extract (Std. to 50% Polysaccharides) | 500 mg | * |
| L-Phenylalanine | 500 mg | * |
| Caffeine Anhydrous, C2™ Caffeine Citrate (Yielding 100mg Caffeine) | 125 mg | * |
| Gotu Kola (Centella asiatica) [Aerial Parts] Extract (Std. to 10% Asiaticosides) | 120 mg | * |
| NeuroRush™ (Coffea arabica) [Fruit] Extract | 100 mg | * |
| Sabroxy® Indian Trumpet Tree (Oroxylum indicum) Extract (Std. to min 10% Oroxylin A) | 100 mg | * |
| PQQ (Pyrroloquinoline Quinone Disodium Salt) | 20 mg | * |
| Huperzine A (Huperzia serrata) [leaf] Extract) | 150 mcg | * |
| *Daily value not established. | | |
| Ingredients: Gelatin Capsule, Silicon Dioxide, Magnesium Stearate | | |

"Mind Opening Nootropic For Cognition, Clarity, Focus & Productivity" "Elevate your mental performance with our cutting-edge nootropic blend, expertly crafted to harness the power of Lion's Mane, Neurachol, and NeuroRush. Designed for those seeking to boost brain function, this formula is your key to enhanced focus, memory, and mental clarity." "Enhanced Cognitive Function" "Helps support brain health and protect neural function over time."

Exhibit 41.



| Supplement Facts | | |
| --- | --- | --- |
| Serving Size: 1 Scoop (26.8 g) | | |
| Servings Per Container: 20 | | |
| | Amount Per Serving | %DV* |
| Vitamin B3 (as Niacin) | 20 mg NE | 125% |
| Choline (from GeniusPure™) | 110 mg | 20% |
| Magnesium (as Magnesium Bisglycinate Chelate) (Albion™) | 70 mg | 16% |
| Sodium (from Pink Himalayan Sea Salt) | 300 mg | 15% |
| Potassium (as Potassium Citrate) | 230 mg | 4% |
| L-Citrulline | 8 g | ** |
| Beta Alanine | 3.2 g | ** |
| Betaine Anhydrous | 2.5 g | ** |
| L-Tyrosine | 2 g | ** |
| L-Carnitine L-Tartrate | 1 g | ** |
| Acetyl L-Carnitine HCl | 1 g | ** |
| PurCaf® Organic Caffeine (from green coffee beans) | 316 mg | ** |
| GeniusPure® Alpha-GPC 90% (L-Alpha Glycerylphosphorylcholine) | 300 mg | ** |
| N-Acetyl Cysteine | 300 mg | ** |
| EndoFlo™ (Mango [Mangifera indica] Fruit Extract, Black Ginger [Kaempferia parviflora] Root Extract, Ginko [Ginko biloba] Leaf Extract, Pine [Pinus massoniana] Bark Extract) | 300 mg | ** |
| NeuroRush™ (Coffea [Coffea arabica] Fruit Extract) | 150 mg | ** |
| Dynamine™ (Methylliberine 40% Tasteless) | 125 mg | ** |
| * Percent Daily Values are based on a 2,000 calorie diet. | | |
| ** Daily Value not established | | |

"Increases alertness" "Enhances focus, mood, + energy" "Laser Focus"

Exhibit 42.





### Supplement Facts

Serving Size: 1 Scoop (16.8 g)
Servings Per Container: 30

| | Amount Per Serving | %DV* |
|---|---|---|
| Choline (from Choline Bitartrate) | 400 mg | 75% |
| Magnesium (as Magnesium Bisglycinate Chelate) (Albion™) | 70 mg | 15% |
| Sodium (from Pink Himalayan Sea Salt) | 250 mg | 10% |
| Potassium (as Potassium Citrate) | 220 mg | 4% |
| Beta Alanine | 3.2 g | ** |
| L-Citrulline | 3 g | ** |
| Betaine Anhydrous | 2 g | ** |
| L-Tyrosine | 1.5 g | ** |
| Caffeine Anhydrous | 150 mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 100 mg | ** |
| Huperzia Serrata Extract (1% Huperzine-A) (Aerial Parts) | 1 mg | ** |

\* Percent Daily Values are based on a 2,000 calorie diet.
\** Daily Value not established.

"Boosts alertness" "a custom blend of performance-driven ingredients—including NeuroRush and electrolytes—to power up your stamina, focus, and results."

Exhibit 43.





### Supplement Facts

Serving Size: 1 scoop (11g)    Serving Per Container: 40

| | 1 Serving | DV% | 2 Servings | DV% |
|---|---|---|---|---|
| Calories | 5 | | 10 | |
| Total Carbohydrates | 1g | <1% | 2g | 1% |
| Total Sugar | 0g | † | 0g | † |
| Includes 0 added sugars | | 0% | | 0% |
| Vitamin B6 (as Pyridoxine HCl) | 1mg | 59% | 2mg | 118% |
| Vitamin B12 (as Methylcobalamin) | 3mcg | 125% | 6mcg | 250% |
| **PUMPS AND PERFORMANCE** | | | | |
| L-Citrulline (Vegan Fermented) | 4000mg | † | 8000mg | † |
| Beta-Alanine | 1600mg | † | 3200mg | † |
| Betaine Anhydrous (Trimethylglycine) | 1250mg | † | 2500mg | † |
| HesperiPump™ (Glucosyl-Hesperidin from Citrus Aurantium (fruit) Extract) | 100mg | † | 200mg | † |
| SenActiv® (Panax Notoginseng (root) extract, Rosea Roxburghii (fruit) extract) | 25mg | † | 50mg | † |
| **ENERGY AND FOCUS** | | | | |
| L-Tyrosine (Vegan Fermented) | 1000mg | † | 2000mg | † |
| ThinFen™ (Beta-Phenylethylamine HCl) | 200mg | † | 400mg | † |
| Caffeine Anhydrous | 200mg | † | 400mg | † |
| NeuroPEA™ (Eria Jarensis (whole plant) Extract) | 125mg | † | 250mg | † |
| TheoShot™ (Theobromine Gallate) | 100mg | † | 200mg | † |
| NeuroRush™ (Coffee (Coffea arabica) Fruit Extract) | 50mg | † | 100mg | † |
| YoMax™ (Pausinystalia Yohimbe (bark) Extract (std. to Yohimbine), Rauwolfia Vomitoria (bark) Extract (std. to Alpha Yohimbine) | 2mg | † | 4mg | † |

\* Percent Daily Values are based on a 2,000 calorie diet. † Daily Value not established.

"Providing the 'finishing touch' on our Energy & Focus matrix is the powerful trifecta of 200mg TheoShot™ (Theobromine Gallate), 100mg NeuroRush™ (Coffee Fruit Extract), and 4mg YoMax™ (Alpha Yohimbine/Yohimbine complex), which are included to further heighten mental energy, giving you the ability to push for that 'sixth gear' in your workouts when it's needed."

Exhibit 44.



## Supplement Facts

Serving Size 1 Scoop (17.4g)
Servings Per Container 20

| | Amount Per Serving | % DV |
|---|---|---|
| Niacin | 20 mg NE | 125% |
| Folate (600 mcg as L-5-Methyltetrahydrofolate Calcium) | 1000 mcg DFE | 250% |
| Vitamin B12 (as Methylcobalamin) | 400 mcg | 16,667% |
| Pantothenic Acid | 25 mg | 500% |
| Sodium (as Sea Salt) | 100 mg | 4% |
| Potassium (as Potassium Citrate) | 115 mg | 2% |
| L-Citrulline | 6000 mg | ** |
| Betaine Anhydrous | 4000 mg | ** |
| L-Tyrosine | 2000 mg | ** |
| Cognizin® (Citicoline) | 250 mg | ** |
| EndoFlo™ (Mango [Mangifera indica] Fruit Extract, Black Ginger [Kaempferia parviflora] Root Extract, Gingko [Ginkgo biloba] Leaf Extract, Pine [Pinus massoniana] Bark Extract) | 150 mg | ** |
| enfinity® (Paraxanthine) | 150 mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 100 mg | ** |

**Daily Value not established.

"Improved cognitive function" "Improved mental energy, attention, motor speed and overall cognitive health."

Exhibit 45.

---



## Supplement Facts

Serving Size 1 Scoop (13 g)
Servings Per Container 30

| | Amount Per Serving | % DV* |
|---|---|---|
| Calories | 25 | |
| Calcium (from Aquamin® TG [Lithothamnium sp.] (whole plant) | 60 mg | 5% |
| Magnesium (from Magnesium Glycinate ) | 6 mg | 1% |
| Sodium (as Pink Himalayan Salt) | 100 mg | 4% |
| Potassium (as Potassium Citrate) | 56 mg | 1% |
| **Essential Amino Acid Complex** | **7.2 g** | ** |
| L-Leucine | 2.5 g | ** |
| L-Isoleucine | 1.25 g | ** |
| L-Valine | 1.25 g | ** |
| L-Lysine | 850 mg | ** |
| L-Threonine | 850 mg | ** |
| L-Phenylalanine | 300 mg | ** |
| L-Histidine | 100 mg | ** |
| L-Tryptophan | 75 mg | ** |
| L-Methionine | 25 mg | ** |
| **Replenishment Matrix** | **1.675 g** | ** |
| Taurine | 1 g | ** |
| CocOganic® Plus (Coconut FD Powder) | 500 mg | ** |
| NeuroRush™ (Coffee [Coffea arabica] Fruit Extract) | 125 mg | ** |
| AstraGin® (Astralagus membranaceous (root), Panax notoginseng (root)) | 50 mg | ** |

* Percent Daily Values (DV) are based on a 2,000-calorie diet.
** Daily Value not established.

"NeuroRush utilizes Coffea Arabica Extract to boost cognitive function, mood, and vitality, while also supporting neuroprotection. It is rich in chlorogenic acids, also known as CGA, and can enhance reaction time, alertness, and memory, making it a reliable choice for optimizing brain health and function."

Exhibit 46.



| Supplement Facts | | | | |
| --- | --- | --- | --- | --- |
| Serving Size 1 Scoop (7.94 g) / 2 Scoops (15.88 g) | | | | |
| Servings Per Container 40 / 20 | | | | |
| Amount Per Serving | 1 Scoop | %DV | 2 Scoops | %DV |
| Vitamin B3 (from Niacin) | 10 mg NE | 62% | 20 mg NE | 125% |
| Vitamin B12(from Methylcobalamin) | 125 mcg | 5208% | 250 mcg | 10416% |
| L-Citrulline | 3 g | ** | 6 g | ** |
| Beta Alanine | 1.6 g | ** | 3.2 g | ** |
| L-Tyrosine | 750 mg | ** | 1.5 g | ** |
| RipFACTOR® WS (Mangifera indica [bark] Extract, Sphaeranthus indicus [flower] Extract) | 162.5 mg | ** | 325 mg | ** |
| Caffeine Anhydrous | 125 mg | ** | 250 mg | ** |
| EndoFlo™ (Mangifera indica [fruit] Extract, Kaempheria panviflora [root] Extract, Ginkgo biloba [leaf], Pinus massoniana [bark] Extract) | 125 mg | ** | 250 mg | ** |
| Cognizin® Citicoline | 125 mg | ** | 250 mg | ** |
| NeuroRush® (Coffea Arabica Extract) | 75 mg | ** | 150 mg | ** |
| Zynamite® Mangifera indica Extract (std. 60% mangiferin) | 37.5 mg | ** | 75 mg | ** |
| Infinergy™ (Dicaffeine Malate) | 25 mg | ** | 50 mg | ** |
| AstraGin® (Astragalus membranaceous [root] and Panax notoginserg [root] Extract) | 25 mg | ** | 50 mg | ** |
| zumXR® Delayed Release Caffeine | 12.5 mg | ** | 25 mg | ** |
| Rauwolscine (std. 90% Alpha-Yohimbine) | 1.25 mg | ** | 2.5 mg | ** |
| Yohimbine HCL | 1.25 mg | ** | 2.5 mg | ** |
| ** Daily Value not established. | | | | |

"NeuroRush for focus" "Enhanced Mental Clarity"

Exhibit 47.



| Supplement Facts | |
| --- | --- |
| Serving Size 1 Scoop (8.09 g) | |
| Servings Per Container 25 | |
| Amount Per Serving | % DV |
| Vitamin C (as Ascorbic Acid) | 120 mg | 133% |
| Vitamin B12 (as Methylcobalamin) | 12 mcg | 500% |
| Magnesium (as Magnesium Bisglycinate) | 18 mg | 4% |
| Chromium (Chromax®) (as Chromium Picolinate) | 35 mcg | 100% |
| L-Tyrosine | 1500 mg | ** |
| Taurine | 1000 mg | ** |
| Acetyl L-Carnitine HCl | 1000 mg | ** |
| SunPS (20% Phosphatidylserine from Sunflower Seeds) | 300 mg | ** |
| Innoslim® (Astragalus [Astragalus membranaceus] Root Extract, San-Qi Ginseng [Panax notoginseng] Root Extract) | 250 mg | ** |
| PurCaf Organic Caffeine (from Green Coffee [Coffea arabica] Beans) | 200 mg | ** |
| Dandelion (Taraxacum officinale) Root Extract 5:1 | 200 mg | ** |
| Panax Ginseng Extract (7% Ginsenosides) (stem and leaf) | 200 mg | ** |
| NeuroRush® (Coffee [Coffea arabica] Fruit Extract) | 150 mg | ** |
| Theobromine HCl | 150 mg | ** |
| CapsiBurn™ (Cayenne Pepper [Capsicum annuum] Fruit Extract, Tabasco Pepper [Capsicum frutescens] Fruit Extract, Conjugated Linoleic Acid) | 100 mg | ** |
| Paradoxine® (Grains of Paradise [Aframomum melegueta] Seed Extract) (12.5% 6-Paradol) | 25 mg | ** |
| Fucoxanthin (from Seaweed (Laminaria japonica) Leaf Extract) | 2.5 mg | ** |
| **Daily Value not established | |

"Improved Mood & Focus" "Boost cognitive function, mood and vitality"

Exhibit 48.

68.    Aura's customers sell products that contain the claimed dosage of Accused Product. For example, Enhanced Labs' "Maximus Pre-Workout" product contains either 100 mg or 150 mg of Accused Product. Ex. 9. The Accused Product

is contained in both Maximus formulas, with a higher 150 mg dose in "Stim" and 100 mg in "Pump." Dosages for other Aura customer products are shown in the table above.

69.    Aura has claimed that the Accused Product "works" in the same manner as VDF's product, by citing to studies showing that VDF's product—administered at the same dosage that Aura recommends—increases BDNF.

70.    Aura has even targeted VDF's own customers for its imitation NeuroRush product.  For example, Aura sold its NeuroRush product to Nitrogen Nutrition ("NN") and NN uses NeuroRush in supplements alongside genuine VDF ingredients such as ElevATP.  Ex. 40.  *See also* Ex. 33 (Kaio V2); Ex. 27 (Maximus Stim).

71.    Further, VDF has tested the Accused Product for mycotoxins by LCMSMS (liquid chromatography tandem mass spectrometry) and confirmed that it contains 7.55 total aflatoxins, 0.01669 ppm fumonisins, no detected vomitoxins, and no detected ochratoxins.

72.    The coffee fruit used to make the Accused Product meets the mycotoxin limitations of the '959 Patent and does so because it was dried under a protocol that limits microbial growth.

73.    In manufacturing the Accused Product, the coffee fruit must first be harvested and is then comminuted because breaking down coffee fruit facilitates the extraction process.

74.    In manufacturing the Accused Product, a solvent is used. Aura asserts that the Accused Product is an extract. The fact that Aura labels its product an "extract" evidences the use of a solvent because creating an extract involves bringing a solute (e.g., the comminuted coffee cherries) in contact with a solvent for at least some time to allow the solvent-soluble compounds to transfer from the source material into the solvent.

75.    In manufacturing the Accused Product, the aqueous extract is at least partially dehydrated. As alleged above, a solvent is used in the extraction process. In order to produce a powder extract, Aura must remove the solvent through a dehydration process.

76.    The extraction mixture is filtered because the Accused Product is a powder and creating a powder extract involves filtering the extraction mixture and removing the solvent.

77.    Thus, it is clear that Aura infringes or has infringed one or more claims of each of the Patents-In-Suit.

78.    Aura has had knowledge of the Patents-In-Suit since long before the filing date of this Complaint.

## AURA'S TRADEMARK INFRINGEMENT

79.    In furtherance of its efforts to sell an imitation NeuroFactor, Aura has chosen a name that intentionally mimics VDF's NEUROFACTOR trademark.

80.    The name NEURORUSH is confusingly similar to VDF's NEUROFACTOR mark. Both names prominently begin with the same "NEURO" prefix. The use of the word "RUSH" in lieu of "FACTOR" does not meaningfully distinguish NEURORUSH from VDF's mark, particularly when used in connection with a coffee fruit extract product that appears alongside other genuine VDF ingredients in end user products.

81.    Aura's use of the word NEURORUSH is an obvious and intentional reference to VDF's well-known brand.

82.    Aura's use of NEURORUSH is likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of Aura with VDF, or as to the origin, sponsorship, or approval of Aura's NEURORUSH product.

83.    This is especially true where NEURORUSH and NEUROFACTOR are both whole coffee fruit extracts claiming cognitive benefits, both products are sold as dietary supplement ingredients, Aura has pointed to clinical science on VDF's NEUROFACTOR to explain how NEURORUSH "work[s]," and Aura's NEURORUSH is sold in supplements alongside other, genuine VDF ingredients.

84.    At no point has VDF authorized Aura to use the NEUROFACTOR mark for Aura's coffee fruit extract or any other purpose. Aura is not a licensee of VDF, and has no other business relationship with VDF. Likewise, Aura has never sought VDF's permission to use the NEUROFACTOR mark or any confusingly similar mark(s).

85.    On information and belief, Aura has used the NEUROFACTOR name with an intent to unlawfully and unfairly benefit from the goodwill associated with VDF's distinctive NEUROFACTOR mark and to cause consumer confusion.

86.    Because Aura has refused to cease infringing VDF's rights, VDF has been forced to bring this lawsuit in order to protect VDF's rights and reputation, and to prevent consumer confusion.

## AURA'S KNOWLEDGE OF VDF'S INTELLECTUAL PROPERTY

87.    Aura's owner and CEO, Mr. Connor Ryan, has actual knowledge of VDF and its patents.  In fact—for more than six years—Mr. Ryan has corresponded directly with VDF regarding the purchase of VDF's NeuroFactor product.

88.    In 2019, Mr. Ryan was associated with a company called Rise Performance and corresponded directly with VDF regarding the purchase of NeuroFactor.  Ex. 13.  Based on Mr. Ryan's inquiries concerning NeuroFactor, in May 2019, Mr. Ryan was sent (a) a marketing sheet on NeuroFactor and (b) a licensing letter and questionnaire.  Ex. 13 (attachments to email).

89. The marketing sheet stated, among other things, that "NeuroFactor™ is a natural, patented extract derived from premium *Coffea arabica* coffee cherries" and has been "clinically shown to significantly increase levels of a key neuroprotein (BDNF) vital to learning, memory, and higher thinking." Ex. 13.

90. The licensing letter and questionnaire stated, among other things:

> Dear Connor:
>
> We *appreciate* your interest in our NeuroFactor™ whole coffee fruit concentrate, a patented, clinically researched extract of the fruit of the *coffea* plant available exclusively from FutureCeuticals! . . . It is important for you to know that NeuroFactor™ is covered by trademarks, ***issued patents and patent-pending applications in the United States and throughout the world***. The existence of this valuable intellectual property can provide you, as a FutureCeuticals customer/partner, with many *very significant advantages*. We are excited to discuss these advantages with you.

Ex. 13 (emphasis added).

91. The email transmitting these documents to Mr. Ryan also advised Mr. Ryan that products including NeuroFactor must include an attribution statement: "NeuroFactor™ products are protected by one or more of the following issued patents: U.S. Nos. 6572915, 7754263, 7807205, ***7815959***,8597710, 8603563, and 8603564, ***and U.S. and foreign applications***. NeuroFactor™ is a trademark of VDF FutureCeuticals, Inc., used under license." Ex. 13 (emphasis added).

92. Although the '261 Patent and '500 Patent had not yet issued when this email was sent, it expressly pointed Mr. Ryan to U.S. and foreign applications. The

U.S. application that led to the '500 Patent had already been published as US 2019/0060387, and the PCT application to which it claims priority had been published as WO2014144972A1.  Exs. 14 and 15.

93.    In addition to being the CEO of Aura, Mr. Ryan is the CEO of another company called NutraSky.  Through NutraSky, Mr. Ryan has repeatedly purchased VDF's NeuroFactor product.

94.    NutraSky and Aura share a business address and, on information and belief, the businesses of NutraSky and Aura are highly related.

95.    Mr. Ryan and NutraSky purchased NeuroFactor as early as 2022.  Ex. 16.

96.    In connection with NutraSky's purchase of NeuroFactor for a third party, KloutPWR, Mr. Ryan was sent a licensing agreement for NeuroFactor/CognatiQ.  Ex. 17.  Mr. Ryan facilitated the signing of this licensing agreement by KloutPWR.

97.    The license agreement stated: "LICENSEE shall not take any action that contests or otherwise adversely interferes with the Trademark Rights or VDF FC's patents within the United States or anywhere throughout the world, or that adversely affects VDF FC's ability to secure and maintain corresponding patent or trademark rights anywhere in the world."  Ex. 17 at Section 7.  And the agreement

specifically points to VDF's patent marking website, 'fcpatent.com.' *Id.* at Section 8.1.

98.    VDF's patent marking URL points to a webpage that states: "NeuroFactor® and CognatiQ® products are protected by one or more of the following U.S. patents: 11,471,500 and 12,036,261."  Ex. 21.

99.    In 2023, Mr. Conor and NutraSky were in discussions with VDF regarding a formal supply agreement for NutraSky's purchase of NeuroFactor, among other VDF products.  During those discussions, Mr. Ryan was presented with a draft agreement covering VDF's NeuroFactor product, and another VDF product called ElevATP. Ex. 18. The draft agreement specifically referred to VDF's "intellectual property rights, including patent and trademark rights." *Id.*

100.    Ultimately, the supply agreement was not executed by the parties, but Mr. Ryan continued to purchase NeuroFactor on a simple purchase order basis.

101.    Mr. Ryan and NutraSky purchased NeuroFactor (also sold under the trade name CognitiQ) directly from VDF in 2022, 2023, 2024, and 2025.  Ex. 16 (sample POs).

102.    In connection with the sale of NeuroFactor, VDF provided Mr. Ryan and NutraSky with a COA, showing details of the characteristics and chemical composition of the product, along with country of origin.  Ex. 19.

103.   VDF's own promotional materials for NeuroFactor and CognatiQ also make clear that the product is subject to VDF's patent rights.  Ex. 20.

104.   In addition to communicating directly with VDF about NeuroFactor and actually purchasing NeuroFactor over the course of six years, Mr. Ryan and Aura have specifically cited and discussed scientific articles on VDF's NeuroFactor. Further, Aura chose a name intended to mimic and bring to mind NeuroFactor. Based on the foregoing, Aura was and is aware of VDF and its intellectual property rights, including the Patents-In-Suit.

105.   In addition, Aura has had constructive knowledge of the Patents-In-Suit by virtue of VDF's product marking.

106.   On September 3, 2025, VDF sent Aura a cease and desist letter demanding that that Aura cease its infringement conduct.  Ex. 49.

107.   This letter put Aura on clear notice of VDF's patent and trademark rights and Aura's infringement thereof. Thus, at a minimum, Aura has had knowledge of the Patents-In-Suit and VDF's NEUROFACTOR mark since no later than September 3, 2025.

108.   Despite actual notice of VDF's rights and VDF's request to cease infringement of the Patents-In-Suit and NEUROFACTOR mark, Aura has refused to cease its infringement. Instead, Aura has continued to sell and offer to sell its infringing NEURORUSH product throughout the United States.

## COUNT I – DIRECT INFRINGEMENT OF THE '959 PATENT UNDER 35 U.S.C. § 271(a)

109.    VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

110.    Prior to the expiration of the '959 Patent, Aura infringed one or more claims of the '959 Patent under 35 U.S.C. § 271(a) by making, using, offering to sell, selling, or importing into the United States, including within this judicial district, the Accused Product.

111.    On information and belief, Aura has long had knowledge of the '959 Patent, and Aura knew or should have known of the objectively high likelihood that its actions constituted infringement of the '959 Patent but nonetheless continued its infringing activities. Aura's infringement, therefore, has been knowing, intentional, and willful, and this case is exceptional under 35 U.S.C. § 285.

112.    At a minimum, Aura received actual knowledge of the '959 Patent on September 3, 2025, when it received VDF's cease and desist letter.  Aura's infringement since this date has been willful.

113.    By reason of Aura's infringing activities, VDF has suffered damages in an amount to be determined at trial.

## COUNT II – INDUCED INFRINGEMENT OF THE '261 PATENT UNDER 35 U.S.C. § 271(b)

114.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

115.   Aura has been and is inducing infringement of the '261 Patent by actively and knowingly inducing others to make, use, sell, offer for sale, or import the Accused Product that embodies or uses the invention claimed in the '261 Patent, in violation of 35 U.S.C. § 271(b).

116.   The Accused Product embodies the "composition" that is recited in the claimed methods of the '261 Patent.  In particular, the Accused Product is an extract of the whole coffee fruit (whole coffee fruit, by definition, includes the pulp, mucilage, and hull), has a caffeine content of less than 2%, and has a total procyanidin concentration of at least 5 µg/g.

117.   This composition is included in dietary supplements in dosages between 5 mg and 500 mg. *See, e.g.,* Ex. 27.  In fact, Aura claims that the minimum dosage of its product is 100 mg.  Ex. 8.

118.   End users that consume dietary supplements containing the Accused Product directly infringe the claims of the '261 Patent under 35 U.S.C. § 271(a) because such end users carry out the claimed methods by taking the supplements to improve cognition, learning, memory, and/or alertness.

119.   Aura knowingly induces and/or encourages end users to take this infringing action. End users take supplements in this manner because this is exactly how Aura (and Aura's customers) direct such end users to take the supplements.

120.   Aura knew, and knows now, that these induced acts comprise direct infringement of one or more claims of VDF's '261 Patent.

121.   Aura has long had knowledge of the Patents-In-Suit and Aura knew that its actions induced infringement of the '261 Patent, but nonetheless continued its infringing activities. Aura's infringement, therefore, has been knowing, intentional, and willful, and this case is exceptional under 35 U.S.C. § 285.

122.   By reason of Aura's infringing activities, VDF has suffered and will continue to suffer damages in an amount to be determined at trial.

123.   By reason of Aura's infringing activities, VDF has suffered irreparable injury for which VDF has no adequate remedy at law.

124.   Unless Aura is enjoined from inducing others to infringe the '261 Patent, VDF will continue to suffer irreparable injury.

## COUNT III – CONTRIBUTORY INFRINGEMENT OF THE '261 PATENT UNDER 35 U.S.C. § 271(c)

125.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

126.   Aura has been and is contributing to the infringement of the '261 Patent by selling or offering to sell the Accused Product, knowing it to be especially made

or especially adapted for practicing the invention of the '261 Patent and not a staple article or commodity of commerce suitable for substantial non-infringing use, in violation of 35 U.S.C. § 271(c).

127. Specifically, the Accused Product is a procyanidin-enriched preparation of coffee fruit that contains less than 2% caffeine. In particular, the Accused Product has a procyanidin concentration of 267.8 µg/g, which is far in excess of the 5 µg/g claimed in the '261 Patent, and less than 1% caffeine.

128. Such a low-caffeine, procyanidin-enriched preparation is not a staple article of commerce capable of substantial non-infringing use. In fact, other than the infringing Accused Product, VDF's own NeuroFactor is the only other such preparation being sold in the United States.

129. The Accused Product sold by Aura is a material part and component for use in practicing the methods of the '261 Patent.

130. This composition is included in dietary supplements in dosages between 5 mg and 500 mg. *See, e.g.,* Ex. 27. In fact, Aura claims that the minimum dosage of its product is 100 mg. Ex. 8.

131. End users that consume dietary supplements containing the Accused Product, at the dosages recommended by Aura, directly infringe the claims of the '261 Patent under 35 U.S.C. § 271(a) because such end users carry out the claimed

methods by taking the supplements as advertised to improve cognition, learning, memory, and/or alertness.

132.   Aura knows that the Accused Product was especially made or adapted for use as an ingredient for supplements that are used to practice the claimed methods of the '261 Patent.

133.   Aura has long had knowledge of the Patents-In-Suit and knew that the Accused Product would be used in a manner that would infringe the claims of the '261 Patent when Aura sold, offered for sale, or imported the Accused Product.

134.   In fact, Aura specifically directs its customers to incorporate the Accused Product into supplements and make cognitive benefit claims based on the inclusion of the Accused Product.  Based on Aura's directions and claims, Aura's customers, in turn, direct and encourage end users to take supplements containing the Accused Product for cognitive benefits.

135.   Aura's infringement has been knowing, intentional, and willful, and this case is exceptional under 35 U.S.C. § 285.

136.   Aura has knowingly contributed, and continues to contribute to the direct infringement by third party consumers of the Accused Product.

137.   By reason of Aura's infringing activities, VDF has suffered and will continue to suffer damages in an amount to be determined at trial.

138.   By reason of Aura's infringing activities, VDF has suffered irreparable injury for which VDF has no adequate remedy at law.

139.   Unless Aura is enjoined from infringing the '261 Patent, VDF will continue to suffer irreparable injury.

## COUNT IV – INDUCED INFRINGEMENT OF THE '500 PATENT UNDER 35 U.S.C. § 271(b)

140.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

141.   Aura has been and is inducing infringement of the '500 Patent by actively and knowingly inducing others to make, use, sell, offer for sale, or import the Accused Product that embodies or uses the invention claimed in the '500 Patent, in violation of 35 U.S.C. § 271(b).

142.   The Accused Product embodies the "composition" that is recited in the claimed methods of the '500 Patent.  In particular, the Accused Product is an extract of the whole coffee fruit (whole coffee fruit, by definition, includes the pulp, mucilage, and hull), has a caffeine content of less than 2%, and has a total procyanidin concentration of at least 5 μg/g.

143.   This composition is included in dietary supplements in dosages between 5 mg and 500 mg.  *See, e.g.,* Ex. 27.  In fact, Aura claims that the minimum dosage of its product is 100 mg.  Ex. 8.

144.    End users that consume dietary supplements containing the Accused Product directly infringe the claims of the '500 Patent under 35 U.S.C. § 271(a) because such end users carry out the claimed methods by taking the supplements as advertised to improve cognition, learning, memory, and/or alertness.

145.    Aura knowingly induces and/or encourages consumers to take this infringing action. End users take supplements in this manner because this is exactly how Aura (and Aura's customers) direct such end users to take the supplements.

146.    Aura knew, and knows now, that these induced acts comprise direct infringement of one or more claims of VDF's '500 Patent.

147.    Aura has long had knowledge of the Patents-In-Suit and Aura knew that its actions induced infringement of the '500 Patent but nonetheless continued its infringing activities. Aura's infringement, therefore, has been knowing, intentional, and willful, and this case is exceptional under 35 U.S.C. § 285.

148.    By reason of Aura's infringing activities, VDF has suffered and will continue to suffer damages in an amount to be determined at trial.

149.    By reason of Aura's infringing activities, VDF has suffered irreparable injury for which VDF has no adequate remedy at law.

150.    Unless Aura is enjoined from inducing others to infringe the '500 Patent, VDF will continue to suffer irreparable injury.

## COUNT V – CONTRIBUTORY INFRINGEMENT OF THE '500 PATENT UNDER 35 U.S.C. § 271(c)

151.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

152.   Aura has been and is contributing to the infringement of the '500 Patent by selling or offering to sell the Accused Product, knowing it to be especially made or especially adapted for practicing the invention of the '500 Patent and not a staple article or commodity of commerce suitable for substantial non-infringing use, in violation of 35 U.S.C. § 271(c).

153.   Specifically, the Accused Product is a procyanidin-enriched preparation of coffee fruit that contains less than 2% caffeine.  In particular, the Accused Product has a procyanidin concentration of 267.8 µg/g, which is far in excess of the 5 µg/g claimed in the '500 Patent, and less than 1% caffeine.

154.   Such a low-caffeine, procyanidin-enriched preparation is not a staple article of commerce capable of substantial non-infringing use.  In fact, other than the infringing Accused Product, VDF's own NeuroFactor is the only other such preparation being sold in the United States.

155.   The Accused Product sold by Aura is a material part and component for use in practicing the methods of the '500 Patent.

156.   This composition is included in dietary supplements in dosages between 5 mg and 500 mg.  *See, e.g.,* Ex. Ex. 27.  In fact, Aura claims that the minimum dosage of its product is 100 mg.  Ex. 8.

157.   End users that consume dietary supplements containing the Accused Product, at the dosages recommended by Aura, directly infringe the claims of the '500 Patent under 35 U.S.C. § 271(a) because such end users carry out the claimed methods by taking the supplements to improve cognition, learning, memory, and/or alertness.

158.   Aura knows that the Accused Product was especially made or adapted for use as an ingredient for supplements that are used to practice the claimed methods of the '500 Patent.

159.   Aura has long had knowledge of the Patents-In-Suit and knew that the Accused Product would be used in a manner that would infringe the claims of the '500 Patent when Aura sold, offered for sale, or imported the Accused Product.

160.   In fact, Aura specifically directs its customers to incorporate the Accused Product into supplements and make cognitive benefit claims based on the inclusion of the Accused Product.  Based on Aura's directions and claims, Aura's customers, in turn, direct and encourage end users to take supplements containing the Accused Product for cognitive benefits.

161.   Aura's infringement has been knowing, intentional, and willful, and this case is exceptional under 35 U.S.C. § 285.

162.   Aura has knowingly contributed, and continues to contribute to the direct infringement by third party consumers of the Accused Product.

163.   By reason of Aura's infringing activities, VDF has suffered and will continue to suffer damages in an amount to be determined at trial.

164.   By reason of Aura's infringing activities, VDF has suffered irreparable injury for which VDF has no adequate remedy at law.

165.   Unless Aura is enjoined from infringing the '500 Patent, VDF will continue to suffer irreparable injury.

## COUNT VI – FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

166.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

167.   Aura first used the name NEURORUSH in connection with Aura's coffee fruit extract long after VDF had established rights in its NEUROFACTOR mark.

168.   Aura's use of NEURORUSH in connection with Aura's coffee fruit extract constitutes trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114, in that, among other things, such use is likely to cause confusion, mistake,

or deception among the consuming public and trade as to the source, approval, or sponsorship of Aura's NEURORUSH product.

169.   Aura's aforementioned acts were without VDF's license, permission, consent, and/or authorization.

170.   On information and belief, Aura's unauthorized use of NEURORUSH in connection with Aura's coffee fruit extract constitutes a knowing, purposeful, and/or willing infringement of VDF's trademark rights.

171.   Aura's conduct has injured VDF in an amount to be determined at trial and has caused and, if not enjoined, will continue to cause irreparable injury to VDF for which VDF has no adequate remedy at law.

## COUNT VII – FEDERAL UNFAIR COMPETITION, DESIGNATION OF ORIGIN AND FALSE DESCRIPTION UNDER 15 U.S.C. § 1125(a)

172.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

173.   Aura's use of NEURORUSH, without VDF's consent or authorization, constitutes the use of false or misleading designations of origin and/or the making of false or misleading representations of fact and/or false advertising in commercial advertising or promotion, in violation of 15 U.S.C. § 1125(a), in that, among other things, such use is likely to cause confusion, mistake, or deception among the consuming public and trade as to the source, approval, or sponsorship of the NEURORUSH product made, advertised, sold, and/or offered for sale by Aura.

174.    Aura's conduct has injured VDF in an amount to be determined at trial and has caused and, if not enjoined, will continue to cause irreparable injury to VDF, for which VDF has no adequate remedy at law.

## COUNT VIII – COMMON LAW TRADEMARK INFRINGEMENT

175.    VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

176.    VDF has long used the NEUROFACTOR mark throughout the United States, and within the State of Georgia, to market and sell its NEUROFACTOR coffee fruit extract.

177.    Aura's aforementioned acts constitute trademark infringement in violation of the common law of the State of Georgia.

178.    Aura's conduct has injured VDF in an amount to be determined at trial and has caused and, if not enjoined, will continue to cause irreparable injury to VDF, for which VDF has no adequate remedy at law.

## COUNT IX – COMMON LAW UNFAIR COMPETITION

179.    VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

180.    Aura has willfully and intentionally used NEURORUSH without authorization or consent from VDF in commerce, in connection with the advertisement, distribution, and sale of Aura's imitation NEURORUSH product in

a manner that is likely to cause confusion, mistake, or deception as to the true source or sponsorship of Aura's NEURORUSH product.

181.  By citing to scientific literature on VDF's NEUROFACTOR, Aura has further demonstrated its knowledge of VDF's NEUROFACTOR product and VDF's related intellectual property rights, as well as Aura's intent and willfulness in selling an imitation product which infringes VDF's rights.

182.  Aura's conduct has enabled Aura to earn profits to which Aura is not in law, equity, or good conscience entitled, and has unjustly enriched Aura, all to Aura's profit and to VDF's damage and detriment.

183.  Aura's wrongful activity and unauthorized sale of its NEURORUSH product is calculated to deceive consumers and is likely to cause confusion, mistake, or deception as to the association and affiliation of Aura's NEURORUSH product with VDF and VDF's NEUROFACTOR product.

184.  Aura's aforementioned acts constitute unfair competition in violation of the common law of the State of Georgia.

185.  Such conduct on the part of Aura has injured VDF in an amount to be determined at trial and has caused and, if not enjoined, will continue to cause irreparable injury to VDF, for which VDF has no adequate remedy at law.

## COUNT X – STATE TRADEMARK DILUTION, O.C.G.A. § 10-1-451(b)

186.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

187.   VDF's use of NEUROFACTOR is distinctive and identify VDF as the source of goods.

188.   Without VDF's permission, Aura has adopted and used a mark similar to NEUROFACTOR.

189.   Aura's use of the NEURORUSH mark creates a likelihood of dilution of the distinctive quality of the NEUROFACTOR mark.

190.   Aura's wrongful conduct has been and continues to be intentional, willful and without regarding for VDF's trademark rights.

191.   Aura knew of VDF's prior use of and established rights in and to the NEUROFACTOR marks.

192.   Aura's actions have substantially harmed the public and caused VDF irreparable harm.

193.   Aura's use of the VDF marks in violation of O.C.G.A. § 10-1-451(b) will continue to injure the public and cause VDF irreparable harm unless enjoined.

## COUNT XI – UNIFORM DECEPTIVE TRADE PRACTICES ACT (O.C.G.A. § 10-1-370, *et seq.*)

194.   VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

195.    Aura's infringing use of the NEURORUSH mark in the course of its business is likely to cause confusion and misunderstanding (i) as to the source, sponsorship, or approval of Aura's goods; (ii) to cause others to be confused or deceived into believing or form the mistaken belief that there is an affiliation, connection, or association between VDF and Aura; (iii) that its goods have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that Aura has a sponsorship, approval, status, affiliation, or connection with VDF; (iv) that goods are of a particular standard, quality, or grade; and (v) that Aura's goods originate from or are approved by VDF.

196.    VDF has been and continues to be irreparably harmed by Aura's actions.

197.    Aura's actions constitute deceptive acts or practices in the course of a business, a trade, or commerce in violation of the Uniform Deceptive Trade Practices Act (O.C.G.A. § 10-1-370, *et seq.*).

198.    Aura's use of the NEURORUSH mark in violation of O.C.G.A. § 10-1-370, *et seq.* will continue to injure the public and cause VDF irreparable harm unless enjoined.

199.    Aura has willfully engaged in the wrongful and deceptive acts in violation of O.C.G.A. § 10-1-370, *et seq.* Defendant's intentional bad faith renders this an exceptional case under O.C.G.A. § 10-1-373.

## **COUNT XII – UNFAIR COMPETITION (O.C.G.A. § 23-2-55)**

200.  VDF repeats and incorporates by reference the allegations contained in paragraphs 1 through 108 as though fully set forth herein.

201.  Aura's use of the confusingly similar NEURORUSH mark encroaches on VDF's business.

202.  Aura's use of the similar mark is intended to deceive and mislead customers to believe they are buying goods that are authorized or endorsed by VDF.

203.  Aura's use of the NEURORUSH in violation of O.C.G.A. § 23-2-55 will continue to injure the public and cause VDF irreparable harm unless enjoined.

## **JURY DEMAND**

VDF demands a trial by jury as to all claims and all issues properly triable thereby.

## **REQUEST FOR RELIEF**

WHEREFORE, VDF respectfully requests the following relief:

A. The entry of judgment that the '959 Patent, '261 Patent, and '500 Patent are valid, enforceable, and infringed by Aura;

B. A declaration that Aura's infringement of the '959 Patent, '261 Patent, and '500 Patent has been and is willful;

C. The entry of judgment that Aura has infringed VDF's NEUROFACTOR trademark;

D. The entry of judgment in favor of VDF and against Aura that Aura is in violation of O.C.G.A. §§ 10-1-370, *et seq.,* 10-1-451(b), and 23-2-55;

E. An award of damages to VDF adequate to compensate for Aura's infringing activities, including supplemental damages for any post-verdict infringement accrued prior to entry of final judgment with an accounting as needed, together with pre-judgment and post-judgment interest on the damages awarded; all of these damages to be enhanced in an amount up to treble the amount of compensatory damages as justified under 35 U.S.C. § 284 and 15 U.S.C. § 1117;

F. An award to VDF of any and all monetary damages resulting from Aura's intentional, willful, and wanton unlawful acts as described herein, in an amount to be determined at trial;

G. An award to VDF of any and all profits realized by Aura as a result of Aura's wrongful and unlawful acts described herein, pursuant to 15 U.S.C. § 1117;

H. A declaration that this case is exceptional under 35 U.S.C. § 285 and an award to VDF of its reasonable costs and expenses of litigation, including attorneys' fees and experts' fees, to the extent provided by 35 U.S.C. § 285 and 15 U.S.C. § 1117;

I. The entry of a permanent injunction, enjoining Aura, its officers, directors, agents, servants, employees, successors and assigns, and all others in concert and privity with them, from:

      i. making, using, offering to sell, selling, marketing, distributing, or importing the Accused Product and any other products not colorably different, that infringe the '261 Patent or '500 Patent, until after the expiration of such patents, including any extensions of that date;

      ii. using VDF's NEUROFACTOR mark or any other confusingly similar name, mark, or indicia of source, including but not limited to NEURORUSH;

      iii. making, advertising, selling, offering to sell, or otherwise exploiting a coffee cherry product or any other related goods or services under the name NEURORUSH;

      iv. committing any other acts that infringe VDF's NEUROFACTOR mark or unfairly compete with VDF;

      v. committing any other acts calculated or likely to cause consumers to believe that Aura or their goods or services are in any way affiliated, connected, associated, originated from, sponsored and/or approved by VDF;

    vi.  registering any domain name that includes VDF's NEUROFACTOR trademark, or any confusingly similar designation;

    vii.  registering or applying to register any trademark, service mark, trade name, or other source identifier or symbol of origin consisting of or incorporating any mark that infringes or is likely to be confused with VDF's NEUROFACTOR mark, or any goods or services of VDF, or VDF as their source;

    viii.  aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (i) through (vii).

J.  The entry of an order requiring Aura to file with the Court and serve upon VDF a written report under oath setting out in detail the manner and form in which Aura has complied with the injunction and judgment within 30 days after the service of the injunction and judgment on Aura;

K.  The entry of an order stating that, pursuant to 15 U.S.C. § 1117, Aura must account to VDF for all its gains, profits, and advantages derived from Aura's sale and distribution of NEURORUSH.

L.  Award VDF pre-judgment and post-judgment interest;

M.  The entry of an order retaining jurisdiction of this action for the purpose of enabling VDF to apply to this Court at any time for such further orders and

interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith, and for the punishment of any violations thereof.

N. An award to VDF of such other and further relief as the Court may deem just and proper.

Dated: September 10, 2025        Respectfully submitted,

_/s/ Daniel Huynh_
Daniel Huynh (Bar No. 987369)
Eliza A. del Carmen (Bar No. 111773)
BRADLEY ARANT BOULT CUMMINGS LLP
1230 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 868-2100
dhuynh@bradley.com
edelcarmen@bradley.com

A. Colin Wexler (_pro hac vice_ forthcoming)
Robert D. Leighton (_pro hac vice_ forthcoming)
GOLDBERG KOHN, LTD.
55 E. Monroe, Suite 3300
Chicago, IL 60622
(312) 201-4000
colin.wexler@goldbergkohn.com
robert.leighton@goldbergkohn.com

_Attorneys for VDF FutureCeuticals, Inc._